

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:      01-19-00665-CV

Trial Court Cause
Number:      100728-CV

Style:      LG Chem America, Inc. and LG Chem, Ltd.

      **v.** Tommy Morgan

Date motion filed*:      January 14, 2020

Type of motion:      Motion to Extend Time

Party filing motion:      Appellants

Document to be filed:      Reply Brief

Is appeal accelerated? ☒ Yes   ☐ No

If motion to extend time:

      Original due date:      January 2, 2020

      Number of previous extensions granted:      1

      Date Requested:      15 days

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: **January 31, 2020**

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
      ☒ Acting individually    ☐ Acting for the Court

Date: January 16, 2020